**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Eleazar HERRADA–BONILLA,
Defendant–Appellant.**

No. 11–40672.

United States Court of Appeals,
Fifth Circuit.

June 27, 2012.

Renata Ann Gowie, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Timothy William Crooks, Federal Public Defender's Office, Houston, TX, Defendant–Appellant.

Before REAVLEY, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

After having reviewed the record and studied the briefs, we find no plain error in

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

the district court's application of U.S.S.G. § 2L1.2's 16–level enhancement to Defendant–Appellant Eleazar Herrada–Bonilla. AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.